UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA         :

-v-                              :      18 Cr. 799 (KMW)

BINGQIN YANG, et al.,            :      [PROPOSED] ORDER

Defendants.                      :
------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

On January 22, 2020, the Court adjourned trial in this matter from May 4, 2020 until July 13, 2020. The United States of America, by and through Geoffrey S. Berman, United States Attorney for the Southern District of New York, Alexandra Rothman and Sheb Swett, Assistant United States Attorneys, of counsel, and with the consent of WENXIN DUAN, BINGQIN YANG, and LEI ZHOU, by and through their attorneys, has requested an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) between May 20, 2020, and July 13, 2020.

The Court finds that the ends of justice served by excluding time between May 20, 2020, and July 13, 2020, outweigh the best interest of the public and the defendants in a speedy trial because it will permit the parties to prepare for trial. Accordingly, it is ORDERED that the time between May 20, 2020, and July 13, 2020, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:
New York, New York

_____
KIMBA M. WOOD
United States District Judge