```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――X
UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

LEI ZHOU

                Defendant.
―――――――――――――――――――――――X

18-CR-799 (RWL)

**ORDER OF DISMISSAL**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Following his entry of a plea of guilty to the one-count Misdemeanor Information for a violation of Title 21, United States Code, Section 844(a), the Court sentenced Defendant Lei Zhou to time-served, payment of a mandatory $1,000 fine, and a one-day term of pre-judgment probation pursuant to the Federal First Offender Act, 18 U.S.C. § 3607(a). The period of probation elapsed on August 5, 2021, without any violation of the terms of probation on the record, and the fine was paid on August 6, 2021. At the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation. 18 U.S.C. § 3607(a). Accordingly, the Court DISMISSES all proceedings against Lei Zhou and discharges him from probation without a judgment of conviction.

                              SO ORDERED.

                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated August 25, 2021
New York, New York